# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    PLAINTIFF,

vs.                                                             CASE NO.  19-40078-HLT

**JASON SIMONDS,**
    DEFENDANT.

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES

Beginning on a date unknown to the Grand Jury but before November 1, 2018, and continuing to on or about the return of this Indictment, in the District of Kansas and elsewhere, the defendant,

**JASON SIMONDS,**

combined, conspired, confederated, with other persons known and unknown to the Grand Jury, to distribute and possess with the intent to distribute mixtures and substances containing a detectable quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

All the aforementioned conduct in violation of Title 21, United States Code, Section 846, with reference to Title 21, United States Code, Sections 841(b)(1)(C) and (D) and Title 18, United States Code, Section 2 -- Aiding and Abetting.

### COUNT 2
### USE OF A COMMUNICATION FACILITY
### TO FACILITATE A CONTROLLED SUBSTANCE OFFENSE

On or about November 30, 2018, in the District of Kansas, and elsewhere, the defendant,

### JASON SIMONDS,

did knowingly and intentionally use any communication facility, namely Facebook Messenger, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 846, that is conspiracy to distribute and possess with the intent to distribute controlled substance, as alleged in Count 1, all in violation of Title 21, United States Code, Section 843(b), with reference to Title 18, United States Code, Section 2.

### A TRUE BILL.

August 21, 2019        *s/Foreperson*
DATE        FOREPERSON OF THE GRAND JURY


 Skipper Jacobs #26848
for Stephen R. McAllister, #15845
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Stephen.mcallister@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]